UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLOVELLY OIL CO., LLC** | * | **CIVIL ACTION No. 17-14435** |
| | | **c/w 18-5488, 18-9385, 18-9391** |
| **VERSUS** | * | |
| | | **JUDGE CARL J. BARBIER** |
| **BTB REFINING, LLC, ET AL.** | * | **("J")** |
| | * | **MAG. JUDGE JANIS VAN MEERVELD (1)** |
| | * | |
| | | **Applies To: 18-9385** |

**J U D G M E N T**

**[As to member case No. 18-9385, *In Re: The Matter of Clovelly Oil Co., LLC*]**

For reasons stated on the record at the Status Conference on September 11, 2019, and for the written reasons issued simultaneously with this Judgment,

IT IS ORDERED, ADJUDGED, AND DECREED that all complaints, demands, prayers for relief, claims in limitation, third-party claims or Rule 14(c) tenders, crossclaims, counterclaims, etc., filed in and/or respecting consolidated member case No. 18-9385, *In Re: The Matter of Clovelly Oil Co., LLC* are DISMISSED WITHOUT PREJUDICE, each party to bear their own costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any stay (*see* Rec. Doc. 236) previously imposed in connection with consolidated member case No. 18-9385, *In Re: The Matter of Clovelly Oil Co., LLC*, is LIFTED and DISSOLVED.

New Orleans, Louisiana, this 16th day of September, 2019.

_____
United States District Judge

**Note to Clerk: File in 17-14435 and 18-9385.**